FILED
JUL - 1 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

87-925M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| Harold J. Holiday ) | (18 U.S.C. § 3142(i)) |
| James Holiday ) | |
| Defendant. ) | |

I.

A. (✓) On motion of the Government involving an alleged

1. ( ) crime of violence;

2. ( ) offense with maximum sentence of life imprisonment or death;

3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

4. ( ) felony - defendant convicted of two or more prior offenses described above.

///
///
///

ENTERED ON COURTRAN
JUL 7 1987

CR94 (5/86)                -1-

```
 1      B.  On motion ( ) (by the Government)/( ) (by the Court
 2          sua sponte involving)
 3              1.  ( ) serious risk defendant will flee;
 4              2.  ( ) serious risk defendant will
 5                  a.  ( ) obstruct or attempt to obstruct
 6                          justice;
 7                  b.  ( ) threaten, injure, or intimidate a
 8                          prospective witness or juror or
 9                          attempt to do so.
10                              II.
11      The Court finds no condition or combination of conditions
12  will reasonably assure:
13      A.  ( L) appearance of defendant as required;
14                      and/or
15      B.  ( L) safety of any person or the community;
16                              III.
17  The Court has considered:
18      A.  ( ) the nature and circumstances of the offense;
19      B.  ( L) the weight of evidence against the defendant;
20      C.  ( L) the history and characteristics of the defendant;
21      D.  ( L) the nature and seriousness of the danger to any
22          person or to the community.
23                              IV.
24  The Court concludes:
25      A.  ( ) Defendant poses a risk to the safety of other
26          persons or the community because: _____
27          _____
28          _____
```

CR-94                           -2-

```
 1  _____
 2  _____
 3     B.  ( ) History and characteristics indicate a serious
 4         risk that defendant will flee because: _____
 5  _____
 6  _____
 7  _____
 8  _____
 9     C.  ( ) A serious risk exists that defendant will:
10         1.  ( ) obstruct or attempt to obstruct justice;
11         2.  ( ) threaten, injure or intimidate a
12             witness/juror;
13         3.  ( ) attempt to threaten, injure or intimi-
14             date a witness/juror;
15         Because: _____
16  _____
17  _____
18  _____
19     D.  (✓) Defendant has not rebutted by sufficient evidence
20         to the contrary the presumption provided in
21         18 U.S.C. § 3142(e).
22     IT IS ORDERED defendant be detained prior to trial.
23     IT IS FURTHER ORDERED that defendant be confined as far as
24  practicable in a corrections facility separate from persons
25  awaiting or serving sentences or persons held pending appeal.
26  ///
27  ///
28  ///
```

CR-94                              -3-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7/1/87

_____
U. S. MAGISTRATE/~~DISTRICT JUDGE~~